Dismissed and Opinion filed January 16, 2003









Dismissed and Opinion filed January 16, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-01278-CV

____________

 

MARK
S. SCHWEITZER, Appellant

 

V.

 

ROB
JACOBS, Appellee

 



 

On
Appeal from the 334th District Court

Harris
County, Texas

Trial
Court Cause No. 01-00977

 



 

M
E M O R A N D U M   O P I N I O N

This is an interlocutory appeal from an order on a temporary
injunction signed December 3, 2002.[1]  We dismiss the appeal as moot.  








Following the entry of the December 3, 2002, order, the trial
court entered a final judgment in this case. 
When the trial court enters final judgment in a case in which an appeal
from an order granting or denying a temporary injunction is pending, the appeal
becomes moot.  Isuani
v. Manske-Sheffield Radiology Group, P.A., 802
S.W.2d 235, 236 (Tex. 1991).  When a case
becomes moot on appeal, the appellate court must dismiss.  Id. 


On December 18, 2002, notification was transmitted to all
parties of the Court=s intent to dismiss the appeal as moot.  See id. 
Appellant filed no response. 

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Opinion
filed January 16, 2003.

Panel consists of Justices Yates,
Anderson, and Frost. 

 











[1]              The
order signed December 3, 2002 is entitled AOrder
Clarifying Court=s Prior Injunction.@  There is a dispute as to whether this order
was, in fact, a mere clarification or an order entering a new temporary
injunction.  Based on our disposition, it
is unnecessary to make that determination.